Name: Constantino Cuara R-
Address: 4207 W. 5655 So. Kearns UT 84118
Telephone: 385-488-6563

RECEIVED CLERK
AUG 21 2023
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## _____ DIVISION

Constantino Cuara R.
(Full Name)
PLAINTIFF

vs.

Tooele Army Depot
American Correctional Association
National Rehabilitation Association
Utah state office
Rehabilitation Administration
A.A. General Service Office / Alcoholics
ABA American Bar Association
DEFENDANTS

CIVIL RIGHTS COMPLAINT
(42 U.S.C §1983, §1985)

Case: 2:23-cv-00545
Assigned To : Romero, Cecilia M.
Assign. Date : 8/21/2023
Description: Cuara v Tooele Army Depot

## A. JURISDICTION

1. Jurisdiction is proper in this court according to:

    a. ✓ 42 U.S.C. §1983
    b. ✓ 42 U.S.C. §1985
    c. ___ Other (Please Specify) _____

2. NAME OF PLAINTIFF Constantino Cuara R-
   IS A CITIZEN OF THE STATE OF USA   SLC  UT

   PRESENT MAILING ADDRESS: 4207 W. 5655 So.
   Kearns UT 84118

3. NAME OF FIRST DEFENDANT _Tooele Army Depot_
   IS A CITIZEN OF _USA SLC UT_
   (City and State)

   IS EMPLOYED AS _USA_ at _SLC UT_
   (Position and Title if Any)   (Organization)
   Was the defendant acting under the authority or color of state law at the time these claims occurred?

   YES _✓_ NO ___. If your answer is "YES" briefly explain.

   _Color of law refer to the appearance of legal authority, or an apparently Legal right that may not exist_

4. NAME OF SECOND DEFENDANT _American Correctional Association_
   (If applicable)

   IS A CITIZEN OF _USA_
   (City and State)

   IS EMPLOYED AS _USA gov._ at _USA_.
   (Position and Title if Any)   (Organization)
   Was the defendant acting under the authority or color of state law at the time these claims occurred?

   YES _✓_ NO ___. If your answer is "YES" briefly explain.

   _Same Above_

5. NAME OF THIRD DEFENDANT _National Rehabilitation Association_
   (If applicable)

   IS A CITIZEN OF _USA gov_
   (City and State)
   IS EMPLOYED AS _USA gov -_ at _USA_.
   (Position and Title if Any)   (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES ✓ NO __. If your answer is "YES" briefly explain.

_Same Above_

6. NAME OF FOURTH DEFENDANT, Utah State office Rehabilitation
   (If applicable) Administration, A.A-General Service office (Alcoholics)
   ABA American Bar Association

   IS A CITIZEN OF ___USA___
   (city and State)

   IS EMPLOYED AS __USA Gov__ at __USA__.
   (Position and Title if Any)   (Organization)

   Was the defendant acting under the authority or color of state law at the time these claims occurred?

   YES ✓ NO __. If your answer is "YES" briefly explain.

   _Same Above_

(Use additional sheets of paper if necessary.)

### B. NATURE OF CASE

1. Why are you bringing this case to court? Please explain the circumstances that led to the problem.

   I'm the Owner of all trademarks of United States of America federal and states entities global network under sha 256 fingerprint hereditary blood secret seals USA, malicious and misconduct Hatch Act 5 USC 7323(a) and 7324(a) KKK Act 42 USC Section 1983

## C. CAUSE OF ACTION

1. I allege that my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach additional pages)

   a. (1) Count I: _Tooele Army Depot_

   (2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing legal authority or arguments.)
   
   _18 U.S.C. 1031 major fraud against the United States of America, 18 U.S.C. Section 1030 fraud of computers, 18 U.S.C. 2-239 pyramid scheme promotional scheme penal code section 327, 18 U.S.C. code 1348 securities and commodities fraud 18 U.S.C. Code section 2381 federal crime of treason 18 U.S.C section 963, 21 U.S.C. Section 963_

   b. (1) ~~Count II:~~ _"RICO" Charges_
   _Count II: American Correctional Association_

   (2) ~~Supporting Facts~~: _National Rehabilitation Association, Utah state office Rehabilitation Administration, A.A. General service office (Alcoholics), ABA American Bar Association._

   c. (1) ~~Count III:~~

(2) Supporting Facts: _____

_____

Same Above

_____

### D. INJURY

1. How have you been injured by the actions of the defendant(s)?

    Mental Diseases
    "WE US OUR"

### E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1. Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action or otherwise relate to the conditions of your imprisonment? YES_____ / NO _____. If your answer is "YES," describe each lawsuit. (If there is more than one lawsuit, describe additional lawsuits on additional separate pages, using the same outline.)

    a.   Parties to previous lawsuit:

         Plaintiff(s): _____

         Defendant(s): _____

    b.   Name of court and case or docket number: _____

c.  Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

d.  Issues raised: _____

_____

_____

e.  When did you file the lawsuit? _____
    Date    Month    Year

f.  When was it (will it be) decided? _____

2.  Have you previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C? YES____ / NO ____. If your answer is "YES" briefly describe how relief was sought and the results. If your answer is "NO" explain why administrative relief was not sought.

_____

_____

_____

_____

_____

## F. REQUEST FOR RELIEF

1.  I believe that I am entitled to the following relief:

    *Damages Unspecified*
    *Alpha Code*
    *(RPSTL)*

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint, and that the information contained therein is true and correct. 28 U.S.C. §1746; 18 U.S.C §1621.

Executed at __SLC__ on __08/21__ 20__23__
           (Location)          (Date)

_____
Signature